■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH TORRES, Appellant. [64 NYS3d 552]—Judgment of resentence, Supreme Court, New York County (Carol Berkman, J.), rendered November 8, 2010, resentencing defendant, as a second felony offender, to a term of 10 years, followed by 5 years of postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease

supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Friedman, Andrias and Gesmer, JJ.